```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN FLUKE                    :        CIVIL ACTION
                               :
          v.                   :
                               :
CASHCALL, INC.                 :        NO. 08-5776
```

                                ORDER

AND NOW, this 21st day of May, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of CashCall, Inc. to stay proceedings and compel individual arbitration is GRANTED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    C.J.