IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN FLUKE | : | CIVIL ACTION |
| v. | : | |
| CASHCALL, INC. | : | NO. 08-5776 |

ORDER

AND NOW, this 26th day of May, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff to vacate and/or modify award of arbitrators (Doc. No. 48) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.